### James W. Bluff, Plaintiff in Error, v. Peter Kohl, Defendant in Error.

### (Not to be reported in full.)

Error to the Circuit Court of Hamilton county; the Hon. CHARLES H. MILLER, Judge, presiding. Heard in this court at the March term, 1916. Affirmed. Opinion filed November 13, 1916.

### Statement of the Case.

Action by James W. Bluff, plaintiff, against Peter Kohl, defendant. From a judgment of the Circuit Court dismissing an appeal from a justice of the peace for want of prosecution and awarding a writ of *procedendo,* plaintiff brings error.

J. WILSON JONES, for plaintiff in error.

JOSHUA S. SNEED, for defendant in error.

MR. JUSTICE BOGGS delivered the opinion of the court.

---

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

Porter v. Citizens' Nat'l Bank of Evansville, Ind., 202 Ill. App. 621.

## Abstract of the Decision.

1. APPEAL AND ERROR, § 800*—*what bill of exceptions must contain.* In the absence of a bill of exceptions contained in the record showing a motion for a continuance of the case in the trial court, and affidavit in support thereof, the disallowance of which motion is assigned as error, such assignment cannot be considered, notwithstanding the attorney for the plaintiff in error filed with the transcript of the record in the Appellate Court his affidavit that such motion had been filed, as such affidavit is no part of the transcript.

2. JUSTICES OF THE PEACE, § 226*—*when dismissal of appeal for want of prosecution is proper.* Where the record before the Appellate Court contained no bill of exceptions and showed only the order of the Circuit Court dismissing an appeal from a justice of the peace for want of prosecution, *held* that such dismissal was proper.

3. APPEAL AND ERROR—*when case affirmed for failure to file abstract.* Failure to file an abstract of the record in a case taken on appeal to the Appellate Court warrants affirmance of the case without considering it on its merits.